

# Fourth Court of Appeals
## San Antonio, Texas

October 23, 2014

No. 04-14-00652-CR

Emilio Rene **MARTINEZ**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 229th Judicial District Court, Duval County, Texas
Trial Court No. 13-CRD-90
Honorable Ana Lisa Garza, Judge Presiding

## O R D E R

    The court reporter's motion for extension of time to file the record is granted. We **order** the record due **November 20, 2014**.

_____
Luz Elena D. Chapa, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of October, 2014.

_____
Keith E. Hottle
Clerk of Court